Sanjay S. Schmidt (SBN 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
ss@sanjayschmidtlaw.com

T. Kennedy Helm, IV (SBN 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, CA 94609
T: (510) 350-7517
F: (510) 350-7359
kennedy@helmlawoffice.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **S.L.**, a minor, by and through her mother and proposed guardian ad litem, Karen Josephs, individually and as successor in interest to Decedent **ARON LEWANDOWSKI**,<br><br>    Plaintiff,<br><br>    vs.<br><br>**COUNTY OF TRINITY**, a municipal corporation; **TIM SAXON**, Trinity County Sheriff-Coroner, individually; **RON** | Case No. 2:24-cv-01697-JAM-JDP<br><br>**ORDER GRANTING APPLICATION OF KAREN L. JOSEPHS FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF S.L., SUCCESSOR IN INTEREST TO ARON LEWANDOWSKI (ECF No. 28)** |

*S.L. v. County of Trinity, et al.*
Order Appointing Karen L. Josephs as GAL for S.L., Successor in Interest to Aron Lewandowski
Case No. 2:24-cv-01697-JAM-JDP

1

**WHITMAN**, Trinity County Sheriff's Corporal, individually; **JOSHUA FORD**, Trinity County Sheriff's Sergeant, individually; **MARCUS TREANOR**, Trinity County Correctional Officer, individually; **ANDREW ROBBINS**, Trinity County Sheriff's Deputy, individually; **CONNIE CESSNA-SMITH**, MPA, Director of Trinity County Behavioral Health Services, individually; **MICHAEL NOVAK**, P.A., individually; **LINDA KRONER**, Trinity County Behavioral Health Case Manager, individually,

  Defendants.

## ORDER APPOINTING GUARDIAN AD LITEM

The Court, having considered the Application of Karen L. Josephs for Appointment as Guardian ad Litem for S.L., the minor plaintiff in the above-referenced action, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that Karen L. Josephs be, and is hereby, **APPOINTED** as Guardian Ad Litem for S.L. in the above-referenced action.

Dated: August 23, 2024        /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE

*S.L. v. County of Trinity, et al.*
Order Appointing Karen L. Josephs as GAL for S.L., Successor in Interest to Aron Lewandowski
Case No. 2:24-cv-01697-JAM-JDP

2