Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Christopher E. Brumfiel (SBN 214866)
E-mail: cbrumfiel@bwslaw.com
Jackson D. Morgus (SBN 318453)
E-mail: jmorgus@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780    Fax: 510.839.9104

Attorneys for Defendants
COUNTY OF TRINITY, TIM SAXON, RON WHITMAN, JOSHUA FORD, MARCUS TREANOR, ANDREW ROBBINS, CONNIE CESSNA-SMITH, MICHAEL NOVAK and LINDA KRONER (collectively, "TRINITY COUNTY DEFENDANTS")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| S.L., a minor, by and through her mother and proposed guardian ad litem, Karen Josephs, individually and as successor in interest to Decedent ARON LEWANDOWSKI,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF TRINITY, a municipal corporation; TIM SAXON, Trinity County Sheriff-Coroner, individually; RON WHITMAN, Trinity County Sheriff's Corporal, individually; JOSHUA FORD, Trinity County Sheriff's Sergeant, individually; MARCUS TREANOR, Trinity County Correctional Officer, individually; ANDREW ROBBINS, Trinity County Sheriff's Deputy, individually; CONNIE CESSNA-SMITH, MPA, Director of Trinity County Behavioral Health Services, individually; MICHAEL NOVAK, P.A., individually; LINDA KRONER, Trinity County Behavioral Health Case Manager, individually; and DOES 1-50, jointly and severally,<br><br>  Defendants. | Case No. 2:24-cv-01697-JAM-JDP<br><br>**STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE**<br><br>U.S. District Judge John A. Mendez<br><br>Action Filed:  April 12, 2024<br>Trial Date:  September 14, 2026 |

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Plaintiff S.L., a minor, by and through her mother and court-appointed guardian ad litem, Karen Josephs, individually and as successor in interest to Decedent ARON LEWANDOWSKI, and Defendants COUNTY OF TRINITY, TIM SAXON, RON WHITMAN, JOSHUA FORD, MARCUS TREANOR, ANDREW ROBBINS, CONNIE CESSNA-SMITH, MICHAEL NOVAK and LINDA KRONER (hereinafter, "TRINITY COUNTY DEFENDANTS") (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, this case arises out of the in-custody suicide of Aron Lewandowski ("Decedent") at Trinity County Jail, on February 26, 2023, followed by his subsequent passing at Mercy Medical Center, on March 2, 2023.

WHEREAS, Plaintiff is Decedent's daughter.

WHEREAS, the Parties have exchanged initial disclosures and have conducted extensive written discovery and exchanged thousands of pages of documents, medical records, custody documents, video footage and other files. The documents and discovery materials exchanged thus far consumes at least 10 Gigabytes, and additional productions of documents are pending.

WHEREAS, the Parties filed a Joint Status Report (Dkt No. 27), in which Plaintiff indicated that she "may seek to amend her First Amended Complaint to substitute any individuals involved in this incident for DOE Defendants once their identities are ascertained through discovery."

WHEREAS, the Parties' Joint Status Report also indicated that the Parties believed a Mandatory Settlement Conference would be appropriate after fact discovery has been completed.

WHEREAS, fact discovery is not yet complete.

WHEREAS, the Trinity County Defendants produced the bulk of their document production on March 26, 2025, and additional documents on June 9, 2025, and August 14, 2025.

WHEREAS, the Parties continue to meet and confer about their respective discovery responses and anticipate further amendments to them.

/ / /

1   WHEREAS, on May 23, 2025, the Court set a Mandatory Settlement Conference before
2   Chief Magistrate Judge Carolyn K. Delaney, to be conducted on September 19, 2025.
3   WHEREAS, after review of documents produced by the County of Trinity on June 9, 2025
4   and August 14, 2025, Plaintiff intends to amend her First Amended Complaint to add one or more
5   defendants because, based on the discovery materials received, these additional defendants appear
6   to be required parties within the meaning of Federal Rule of Civil Procedure 19.
7   WHEREAS, pending review by the Trinity County Defendants of the proposed Second
8   Amended Complaint ("SAC"), the filing of SAC will be effectuated either by stipulation, pursuant
9   to Federal Rule of Civil Procedure 15(a)(2), or by motion.
10  WHEREAS, given the likely addition of new parties to this case that are necessary, and the
11  need for further discovery, this case is not yet ripe for a productive Settlement Conference before
12  Chief Magistrate Judge Carolyn K. Delaney, on September 19, 2025.
13  WHEREAS, the Parties believe that vacating the currently scheduled Settlement
14  Conference will preserve precious judicial resources and attorney time, thus promoting the interest
15  of judicial economy.
16  If it is acceptable to the Court, the Parties would prefer to request a Settlement Conference
17  after the new parties have appeared and the pleadings are settled, at which time counsel for the
18  Parties can more accurately estimate when the case will be ripe for a productive Settlement
19  Conference.
20  Based on the foregoing circumstances, IT IS HEREBY STIPULATED that good cause
21  exists to vacate the Mandatory Settlement Conference before Chief Magistrate Judge Carolyn K.
22  Delaney on September 19, 2025.
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

WHEREFORE, the Parties jointly and respectfully request that the Court enter an order vacating the Settlement Conference currently set before Chief Magistrate Judge Carolyn K. Delaney, on September 19, 2025.

Dated: September 11, 2025  BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Jackson D. Morgus
Gregory B. Thomas
Christopher E. Brumfiel
Jackson D. Morgus
Attorneys for Defendants
COUNTY OF TRINITY, TIM SAXON, RON WHITMAN, JOSHUA FORD, MARCUS TREANOR, ANDREW ROBBINS, CONNIE CESSNA-SMITH, MICHAEL NOVAK and LINDA KRONER

Dated: September 11, 2025  LAW OFFICE OF SANJAY S. SCHMIDT and HELM LAW OFFICE, PC

By: /s/ Sanjay S Schmidt
Sanjay S. Schmidt
T. Kennedy Helm, IV
Attorneys for Plaintiff

**ORDER**

Having reviewed the Parties' stipulation and good cause appearing therefor, this Court **GRANTS** the Parties' request and **ORDERS** that the September 19, 2025 settlement conference before Chief Magistrate Judge Carolyn K. Delaney be **VACATED**. The parties are **DIRECTED** to file a stipulation requesting the rescheduling of a Settlement Conference **within sixty (60) days** of the filing of an Answer by any newly added defendants. Prior to filing their stipulation, the parties shall contact Chief Judge Delaney's Courtroom Deputy, Lisa Kennison, via e-mail, at LKennison@caed.uscourts.gov, to obtain available dates for a settlement conference.

IT IS SO ORDERED.

September 15, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE