**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
ss@sanjayschmidtlaw.com

**T. Kennedy Helm, IV (SBN 282319)**
**HELM LAW OFFICE, PC**
644 40th Street, Suite 305
Oakland, California 94609
T: (510) 350-7517
F: (510) 350-7359
email: kennedy@helmlawoffice.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| **S.L.**, a minor, by and through her mother and guardian ad litem, Karen Josephs, individually and as successor in interest to Decedent **ARON LEWANDOWSKI**,<br><br>Plaintiff,<br><br>v.<br><br>**COUNTY OF TRINITY**, a municipal corporation, et al.,<br><br>Defendants. | Case No. 2:24-cv-01697-JAM-JDP<br><br>**STIPULATION AND ORDER FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT AND FOR THE COUNTY OF TRINITY DEFENDANTS TO FILE A SEPARATE CROSSCLAIM** |

Plaintiff S.L., a minor, by and through her mother and guardian ad litem, Karen Josephs, individually and as successor in interest to Decedent Aron Lewandowski ("Plaintiff"), and Defendants County Of Trinity, Tim Saxon, Ron Whitman, Joshua Ford, Marcus Treanor, Andrew Robbins, Connie Cessna-Smith, Michael Novak, and Linda Kroner ("County Defendants"), all by and through their undersigned counsel of record (collectively "the Parties"), and subject to the approval of the Court, hereby stipulate as follows:

## RECITALS

1. Information has come to light in the course of discovery that indicates that there are at least two known, additional, responsible parties, which are required parties under Federal Rule of Civil Procedure 19(a), who – now that they have been identified and the basis for their liability has become clear – need to be substituted in for DOE Defendants 1 and 2.

2. These to-be-named Defendants have been identified as SLETTEN CONSTRUCTION COMPANY ("SLETTEN") and MCCARLEY & SON PAINTING, INDUSTRIAL COATINGS, INC. ("MCCARLEY").

3. As set forth more fully in the proposed Second Amended Complaint, Defendant COUNTY OF TRINITY contracted with SLETTEN to construct the Sheriff's Detention Facility in accordance with all specifications, as well as all safety regulations; Defendant SLETTEN, in turn, subcontracted with MCCARLEY to do the same. Unfortunately, as explained in the SAC, both SLETTEN and MCCARLEY breached their duties on this score.

4. The proposed Second Amended Complaint includes allegations and a separate cause of action relating to the professional negligence and negligence per se that was committed by SLETTEN and MCCARLEY, jointly, in the construction of the jail, specifically with respect to the application of the incorrect sealant to the cell light fixtures.

5. Plaintiffs' counsel has met-and-conferred with counsel for the County Defendants regarding this, and has circulated a redlined version of a proposed Second Amended Complaint, which names SLETTEN and MCCARLEY as additional Defendants, as required by Federal Rule of Civil Procedure 19(a), and sets forth supplemental allegations relating to the application

1  of the incorrect sealant to the light fixtures in the jail, inter alia, which facilitated the suicide by
2  the Decedent by enabling the light fixture to act as a hanging point.
3  6.     Arising out of the same subject matter asserted in the Second Amended Complaint, the
4  County Defendants will be filing a transactionally related crossclaim against SLETTEN and
5  MCCARLEY, pursuant to Federal Rule of Civil Procedure 13(g), for express indemnity and
6  related claims, and the parties stipulate that the County Defendants shall have leave to do so.

## STIPULATION

7.     ACCORDINGLY, to effectuate the foregoing, the Parties hereby respectfully stipulate, pursuant to Federal Rule of Civil Procedure 15(a)(2), that Plaintiff may file the proposed Second Amended Complaint that is attached to this stipulation as **Exhibit 1**. For the Court's convenience and reference, a redlined version is attached as **Exhibit 2**. The Parties further stipulate and, thus, request that the County Defendants be given leave of the Court to file a transactionally related crossclaim pursuant to Federal Rule of Civil Procedure 13(g) against the to-be-named Defendants SLETTEN and MCCARLEY for express indemnity and related claims contemporaneously with the County Defendants' Answer to the Second Amended Complaint.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully Submitted,

Dated: October 16, 2025         **LAW OFFICES OF SANJAY S. SCHMIDT**
                                -and-
                                **HELM LAW OFFICE, PC**

                                */s/ Sanjay S. Schmidt*
                                By: Sanjay S. Schmidt
                                *Attorneys for Plaintiff*

Dated: October 16, 2025         **BURKE, WILLIAM & SORENSEN, LLP**

                                */s/ Gregory B. Thomas**
                                By: Gregory B. Thomas
                                *Attorneys for Defendants*

*Counsel has authorized submission of this document on counsel's behalf.

# ORDER

The parties' stipulation is **APPROVED**.

Plaintiff shall file forthwith, separately, the Second Amended Complaint, attached to the stipulation at ECF No. [37]-1.

The County Defendants are hereby **GRANTED** leave to file a crossclaim against SLETTEN and MCCARLEY, within **twenty (20) days** of the refiling of Plaintiff's second amended complaint.

**IT IS SO ORDERED.**

Dated: October 16, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

*S.L. v. County of Trinity, et al.*
STIPULATION AND ORDER

3