| | |
|---|---|
| LAW OFFICE OF SANJAY S. SCHMIDT<br>Sanjay S. Schmidt (SBN 247475)<br>1388 Sutter Street, Suite 810<br>San Francisco, CA 94109<br>Tel. (415) 563-8583<br>Fax (415) 223-9717<br>e-mail: ss@sanjayschmidtlaw.com<br><br>HELM LAW OFFICE, PC<br>T. Kennedy Helm, IV (SBN 282319)<br>644 40th Street, Suite 305<br>Oakland, CA 94609<br>T: (510) 350-7517<br>F: (510) 350-7359<br>e-mail: kennedy@helmlawoffice.com<br>*Attorneys for Plaintiff S.L.* | BURKE, WILLIAMS & SORENSEN, LLP<br>Gregory B. Thomas (SBN 239870)<br>Chris E. Brumfiel (SBN 214866)<br>Jackson D. Morgus (SBN 318453)<br>1999 Harrison Street, Suite 1650<br>Oakland, CA 94612-3520<br>Tel. (510) 273-8780<br>Fax (510) 839-9104<br>e-mail: gthomas@bwslaw.com<br>e-mail: cbrumfiel@bwslaw.com<br>e-mail: jmorgus@bwslaw.com<br>*Attorneys for County Defendants* |
| GRAY DUFFY EISENABUM & LEE, LLP<br>Michael S. Eisenbaum (SBN 149072)<br>21700 Oxnard Street, Suite 1950<br>Woodland Hills, CA 91367<br>Tel. (818) 907-4000<br>Fax (818) 783-4551<br>e-mail: meisenbaum@grayduffylaw.com<br>*Attorney for Defendant*<br>*McCarly & Son Painting, Industrial Coatings, Inc.* | PATTON TRIAL GROUP<br>Christopher L. Patton (SBN 193921)<br>Rayelle D. Sabo (SBN 245692)<br>3400 Inland Empire Boulevard, Suite 101<br>Ontario, California 91764<br>Tel.  (909) 460-8401<br>Fax  (909) 801-2486<br>e-mail:  cpatton@pattontrialgroup.com<br>rsabo@pattontrialgroup.com<br>*Attorneys for Defendant Sletten Construction Company* |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **S.L.**, a minor, by and through her mother and guardian ad litem, Karen Josephs, individually and as successor in interest to Decedent **ARON LEWANDOWSKI**,<br><br>      Plaintiff,<br><br>  v.<br><br>**COUNTY OF TRINITY**, a municipal corporation; **TIM SAXON**, Trinity County Sheriff-Coroner, individually; **RON WHITMAN**, Trinity County Sheriff's Corporal, individually; **JOSHUA FORD**, | CASE NO.  2:24-cv-01697-JAM-JDP<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (ECF. NO. 32)** |

| | |
|---|---|
| 1 | Trinity County Sheriff's Sergeant, individually; **MARCUS TREANOR**, Trinity County Correctional Officer, individually; **ANDREW ROBBINS**, Trinity County Sheriff's Deputy, individually; **CONNIE CESSNA-SMITH**, MPA, Director of Trinity County Behavioral Health Services, individually; **MICHAEL NOVAK**, P.A., individually; **LINDA KRONER**, Trinity County Behavioral Health Case Manager, individually; **SLETTEN CONSTRUCTION COMPANY**, a Montana Corporation; **MCCARLY & SON PAINTING, INDUSTRIAL COATINGS, Inc.**, a California Corporation; and DOES 3–50, jointly and severally, |
| | Defendants. |

Plaintiff S.L., a minor, by and through her mother and guardian ad litem, Karen Josephs, and by and through her undersigned counsel of record; Defendants County of Trinity, Tim Saxon, Ron Whitman, Joshua Ford, Marcus Treanor, Andrew Robbins, Connie Cessna-Smith, Michael Novak, and Linda Kroner ("County Defendants"), by and through their undersigned counsel of record; Defendant McCarly & Son Painting, Industrial Coatings, Inc. ("McCarly"), by and through its undersigned counsel of record; and Defendant Sletten Construction Company ("Sletten"), by and through its undersigned counsel of record; and subject to the approval of the Court, respectfully stipulate as follows:

## RECITALS

1. This is the Parties' first request to modify the operative Pretrial Scheduling Order. ECF No. 32. The Parties seek to continue by 240 days the deadline for expert disclosures and successive dates. When an act must be done within a specified time, the Court may, for good cause, extend the time with or without motion if the Court acts, or a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). With respect to an order setting forth the Court's pretrial schedule, "[t]he district court may modify the pretrial schedule 'if it cannot be reasonably met despite the diligence of the party seeking the amendment.'" *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). The Parties submit that good cause exists to continue the deadline for expert disclosures, currently December 12, 2025 (ECF

S.L. v. County of Trinity, et al.
Case No. 2:24-cv-01697-JAM-JDP
STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

2

No. 32), as well as successive deadlines, for three reasons.

2. First, based on information that came to light during discovery, and pursuant to Federal Rule of Civil Procedure 19, Defendants McCarly and Sletten have recently been brought into this case by Plaintiff as defendants and by the County Defendants as cross defendants, pursuant to Fed. R. Civ. P. 13(g). *See* ECF Nos. 38–44.

3. By way of background, on October 17, 2025, by stipulation, this Court ordered: (1) Plaintiff to file a Second Amended Complaint naming Sletten and McCarley as defendants; and (2) County Defendants to file their crossclaim within twenty days from the filing of the Second Amended Complaint, Fed. R. Civ. P. 13(g), against both Sletten and McCarley. ECF No. 38.

4. On October 22, 2025, Plaintiff filed the Second Amended Complaint. ECF No. 39. On November 3, 2025, the County Defendants filed an answer to Plaintiff's Second Amended Complaint, including the cross-claim, Fed. R. Civ. P. 13, against Sletten and McCarley. ECF No. 41.

5. Thereafter, Plaintiff served the Second Amended Complaint on Sletten and McCarly, and on November 7, 2025, filed proofs of service thereto. ECF Nos. 42–43.

6. On November 24, 2025, McCarly filed an answer to Plaintiff's Second Amended Complaint. ECF No. 44.

7. On November 25, 2025, Sletten's responsive pleading was due. As of November 26, 2025, however, Sletten had not filed a responsive pleading.

8. The Parties have stipulated that Sletten may have an additional 28 days, pursuant to Local Rule 144(a), in which to file their responsive pleading, until December 23, 2025. This date falls after the operative December 12, 2025, deadline for expert disclosures.

9. Although Plaintiff and the County Defendants have engaged in extensive written discovery and continue to meet and confer regarding various discovery issues, so that discovery can soon move into the deposition phase, depositions have not yet commenced due to (a) the pendency of crucial discovery materials and (b) the fact that Plaintiff and the County Defendants do not wish to conduct depositions before Defendants McCarly and Sletten have appeared and the case is at issue because this would be contrary to the important interest of judicial economy,

since it could risk having to repeat such depositions, which would unduly consume attorney time and resources and potentially expose deponents to a second deposition.

10. Therefore, the Parties submit that good cause exists to modify the pretrial scheduling order to allow Sletten and McCarly to have enough time to provide initial disclosures and to afford all parties adequate time to complete sufficient fact discovery to address all issues raised in the pleadings and then to meet the deadline for expert disclosures.

11. Second, good cause exists to continue the deadline for expert disclosures because Plaintiff and the County Defendants also require additional time to complete sufficient fact discovery for their experts to draft their reports. By way of background, Plaintiff and the County Defendants have diligently engaged in paper discovery, a necessary condition precedent to taking depositions. On August 30, 2024, the Parties exchanged Rule 26 initial disclosures, and Plaintiff served her first set of Rule 34 requests. On September 9, 2024, the County Defendants served their first Rule 33 and Rule 34 requests on Plaintiff. On November 21, 2024, the County Defendants served responses to Plaintiff's first set of Rule 34 requests, and Plaintiff served responses to County Defendants' Rule 33 and Rule 34 requests.

12. On March 26, 2025, the Parties served their first document productions, and Plaintiff served her second set of Rule 34 requests. On May 1, 2025, County Defendants served responses to Plaintiffs' second set of Rule 34 requests, but produced no documents. On June 9, 2025, and August 14, 2025, the County Defendants served supplemental Rule 26 disclosures and produced documents.

13. On August 15, 2025, Plaintiff sent a meet and confer letter to County Defendants regarding their responses to Plaintiff's first and second sets of Rule 34 requests and their document production. On September 30, 2025, the County Defendants served additional responsive documents. On October 22, 2025, Plaintiff sent a further meet-and-confer correspondence to the County Defendants regarding documents that Plaintiff contends should be produced, with a follow up email on November 11, 2025. Plaintiff and the County Defendants, therefore, need additional time to meet and confer on the withheld documents to avoid discovery motion practice.

S.L. v. County of Trinity, et al.
Case No. 2:24-cv-01697-JAM-JDP
STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

4

14. Third, the number of anticipated depositions in this complex, in-custody death action will require counsel to exercise professional courtesies by reasonably accommodating the schedules of the deponents and counsel in setting depositions, which necessarily requires additional time in order to set depositions on dates when the schedules of *all* counsel and the deponent(s) align.

## STIPULATION

1. The Parties respectfully submit that they have acted diligently, such that good cause exists to modify the current scheduling order. *Mammoth Recreations, Inc.*, 975 F.2d at 609. The Parties stipulate and respectfully request that approximately 240 days be added to the deadline for expert disclosures. All successive deadlines in the Scheduling Order would be correspondingly extended, with spacing between the deadlines maintained as much as possible, as set forth below:

| Matter | Current Date (ECF No. 32) | Proposed Date |
|---|---|---|
| Expert Disclosures | December 12, 2025 | August 10, 2026 |
| Rebuttal Expert Disclosures | December 26, 2025 | August 24, 2026 |
| Joint Mid-Litigation Statement | January 23, 2026 | September 21, 2026 |
| Fact and Expert Discovery (Cutoff) | February 6, 2026 | October 5, 2026 |
| Dispositive Motion Filing | April 3, 2026 | November 30, 2026 |
| Dispositive Motion Hearing | June 2, 2026 | February 2, 2027 |
| Final Pretrial Conference | July 31, 2026 | March 26, 2027 |
| Jury Trial | September 14, 2026 | May 10, 2027 |

Respectfully Submitted,

DATED: December 12, 2025     LAW OFFICE OF SANJAY S. SCHMIDT
                                                    HELM LAW OFFICE, PC

                                                    By: */s/ T. Kennedy Helm, IV*
                                                        T. Kennedy Helm, IV
                                                        Attorneys for Plaintiff

DATED: December 12, 2025     BURKE, WILLIAMS & SORENSEN, LLP

                                                    By: */s/ Jackson D. Morgus* [as authorized 12/10/25]
                                                         Gregory B. Thomas
                                                        Chris E. Brumfiel
                                                         Jackson D. Morgus
                                                        Attorneys for County Defendants

DATED: December 12, 2025        GRAY DUFFY EISENBAUM & LEE, LLP

               By: */s/ Michael S. Eisenbaum*  [as authorized 12/12/25]
                   Michael S. Eisenbaum
                   Attorney for Defendant McCarly & Son Painting

DATED: December 12, 2025        PATTON TRIAL GROUP

               By: */s/ Christopher L. Patton* [as authorized 12/12/25]
                   Christopher L. Patton
                   Rayelle D. Sabo
                   Attorneys for Defendant Sletten Construction Company

## ORDER

The Court, having considered the Parties' stipulation, and good cause appearing, the Court orders the following modifications to the scheduling order (ECF No. 32):

| Matter | Current Date (ECF No. 32) | Date |
|---|---|---|
| Expert Disclosures | December 12, 2025 | August 10, 2026 |
| Rebuttal Expert Disclosures | December 26, 2025 | August 24, 2026 |
| Joint Mid-Litigation Statement | January 23, 2026 | September 21, 2026 |
| Fact and Expert Discovery (Cutoff) | February 6, 2026 | October 5, 2026 |
| Dispositive Motion Filing | April 3, 2026 | November 30, 2026 |
| Dispositive Motion Hearing | June 2, 2026 | February 2, 2027 1:00 pm |
| Final Pretrial Conference | July 31, 2026 | March 26, 2027 10:00 am |
| Jury Trial | September 14, 2026 | May 10, 2027 9:00 am |

**IT IS SO ORDERED**.

Dated:  December 15, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE