LAW OFFICE OF SANJAY S. SCHMIDT
Sanjay S. Schmidt (SBN 247475)
Alex Feigen Fasteau (SBN 213044)
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com
e-mail: aff@sanjayschmidtlaw.com

HELM LAW OFFICE, PC
T. Kennedy Helm, IV (SBN 282319)
644 40th Street, Suite 305
Oakland, CA 94609
Tel. (510) 350-7517
Fax (510) 350-7359
e-mail: kennedy@helmlawoffice.com
*Attorneys for Plaintiff S.L.*

TYSON & MENDES, LLP
Allison M. Lawrence (SBN 290770)
Liam Sidebottom (SBN 347631)
371 Bel Marin Keys Blvd., Ste. 100
Novato, CA 94949
Tel. (628) 253-5070
Fax (628) 299-7764
e-mail: alawrence@tysonmendes.com
e-mail: lisdebottom@tysonmendes.com
*Attorneys for Defendant*
*McCarly & Son Painting, Industrial Coatings,*
*Inc.*

BURKE, WILLIAMS & SORENSEN, LLP
Gregory B. Thomas (SBN 239870)
Chris E. Brumfiel (SBN 214866)
Jackson D. Morgus (SBN 318453)
1999 Harrison Street, Suite 1650
Oakland, CA 94612-3520
Tel. (510) 273-8780
Fax (510) 839-9104
e-mail: gthomas@bwslaw.com
e-mail: cbrumfiel@bwslaw.com
e-mail: jmorgus@bwslaw.com
*Attorneys for County Defendants*

PATTON TRIAL GROUP
Christopher L. Patton (SBN 193921)
Rayelle D. Sabo (SBN 245692)
3400 Inland Empire Boulevard, Suite 101
Ontario, California 91764
Tel. (909) 460-8401
Fax (909) 801-2486
e-mail: cpatton@pattontrialgroup.com
e-mail: rsabo@pattontrialgroup.com
*Attorneys for Defendant Sletten Construction*
*Company*

*S.L. v. County of Trinity, et al.*
Case No. 2:24-cv-01697-JAM-JDP
SECOND STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **SASHA LEWANDOWSKI**, individually and as successor in interest to Decedent **ARON LEWANDOWSKI**,<br><br>Plaintiff,<br><br>v.<br><br>**COUNTY OF TRINITY**, a municipal corporation; **TIM SAXON**, Trinity County Sheriff-Coroner, individually; **RON WHITMAN**, Trinity County Sheriff's Corporal, individually; **JOSHUA FORD**, Trinity County Sheriff's Sergeant, individually; **MARCUS TREANOR**, Trinity County Correctional Officer, individually; **ANDREW ROBBINS**, Trinity County Sheriff's Deputy, individually; **CONNIE CESSNA-SMITH**, MPA, Director of Trinity County Behavioral Health Services, individually; **MICHAEL NOVAK**, P.A., individually; **LINDA KRONER**, Trinity County Behavioral Health Case Manager, individually; **SLETTEN CONSTRUCTION COMPANY**, a Montana Corporation; **MCCARLY & SON PAINTING, INDUSTRIAL COATINGS, Inc.**, a California Corporation; and DOES 3–50, jointly and severally,<br><br>Defendants. | CASE NO.  2:24-cv-01697-JAM-JDP<br><br>**SECOND STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER (ECF No. 57)** |

Plaintiff, by and through her undersigned counsel of record; Defendants County of Trinity, Tim Saxon, Ron Whitman, Joshua Ford, Marcus Treanor, Andrew Robbins, Connie Cessna-Smith, Michael Novak, and Linda Kroner ("County Defendants"), by and through their undersigned counsel of record; Defendant McCarly & Son Painting, Industrial Coatings, Inc. ("McCarly"), by and through its undersigned counsel of record; and Defendant Sletten Construction Company ("Sletten"), by and through its undersigned counsel of record, collectively referred to in this stipulation as "the Parties", and subject to the approval of the Court, respectfully stipulate as follows:

*S.L. v. County of Trinity, et al.*
Case No. 2:24-cv-01697-JAM-JDP
SECOND STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

2

## RECITALS

1. This is the Parties' second request to modify the operative Pretrial Scheduling Order. ECF No. 47. The Parties seek to continue by approximately 130 days the deadline for expert disclosures and successive dates. When an act must be done within a specified time, the Court may, for good cause, extend the time with or without motion if the Court acts, or a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). With respect to an order setting forth the Court's pretrial schedule, "[t]he district court may modify the pretrial schedule 'if it cannot be reasonably met despite the diligence of the party seeking the amendment.'" *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). The Parties submit that good cause exists to continue the deadline for expert disclosures, currently August 10, 2026 (ECF No. 47), as well as successive deadlines.

2. First, based on information that came to light during discovery, Christopher Kirby, who was a County of Trinity employee working in the County of Trinity's jail at the time of the incident that gave rise to this action, is being brought into this case by Plaintiff as a defendant, by way of a Third Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2).

3. Second and more importantly, the Parties are currently scheduled to participate in a Settlement Conference on July 2, 2026, with the Hon. Chief U.S. Magistrate Judge Carolyn K. Delaney. ECF No. 55. The Parties have focused their discovery efforts on conducting key discovery, so as to be in a position to meaningfully engage in settlement discussions at the upcoming conference. However, at the same time, the July 2, 2026, conference is close to the current expert disclosures deadline of August 10, 2026; counsel for the Parties have met-and-conferred, and in order to enable the Parties to make a good faith effort at resolution while conserving the litigation costs and attorney time entailed in preparing the expert disclosures in this case, it is necessary to place some additional time in between the upcoming conference and the expert disclosures deadline and other, successive deadlines.

4. Thirdly, in addition to the standard liability issues in an in-custody death case, this action also presents added issues that will likely require an expert opinion relating to the construction defects that are alleged to have enabled the Decedent to create a hanging point. There was a

*S.L. v. County of Trinity, et al.*                                                                                3
Case No. 2:24-cv-01697-JAM-JDP
SECOND STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Federal Rule of 30(b)(6) deposition of Defendant McCarly on these issues on June 16, 2026, and a Federal Rule of 30(b)(6) deposition of Defendant Sletten on these issues will be conducted on June 29, 2026. Nonetheless, based on documents recently produced indicating that there will be other third parties implicated in the defects, additional depositions on these issues will be necessary if the case is not resolved on July 2, 2026, at the Settlement Conference, and such deposition testimony and other documents will be needed by all Parties for their respective experts. Relatedly, Defendant McCarly has served its Federal Rule of Civil Procedure 26(a)(1) initial disclosures, but Defendant Sletten is still marshaling this info and has not yet served them. This information will also be necessary for all Parties' experts and will trigger the need for additional discovery.

5. Although Plaintiff and the defendants have engaged in extensive written discovery and continue to meet and confer regarding various discovery issues, and although depositions have commenced,  good cause exists to continue the deadline for expert disclosures and successive disclosures because the parties require additional time to complete sufficient fact discovery for their experts to review the evidence adduced in the case, analyze it, formulate their opinions, and draft their reports. Plaintiff and the defendants have diligently engaged in written discovery and depositions have been taken and additional depositions are scheduled.

6. On August 30, 2024, the Plaintiff and County Defendants exchanged Rule 26 initial disclosures, and Plaintiff served her first set of Rule 34 requests. On September 9, 2024, the County Defendants served their first Rule 33 and Rule 34 requests on Plaintiff. On November 21, 2024, the County Defendants served responses to Plaintiff's first set of Rule 34 requests, and Plaintiff served responses to County Defendants' Rule 33 and Rule 34 requests. There were voluminous documents to marshal, and the County of Trinity is a smaller county with a modest budget and modest staff, so it has taken it longer than some other municipalities to marshal and produce documents. On March 26, 2025, the Parties served their first document productions, and Plaintiff served her second set of Rule 34 requests. On May 1, 2025, County Defendants served responses to Plaintiffs' second set of Rule 34 requests but produced no documents. On June 9, 2025, and August 14, 2025, the County Defendants served supplemental Rule 26

*S.L. v. County of Trinity, et al.*
Case No. 2:24-cv-01697-JAM-JDP
SECOND STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

4

disclosures and produced documents. On August 15, 2025, Plaintiff sent a meet and confer letter to County Defendants regarding their responses to Plaintiff's first and second sets of Rule 34 requests and their document production. On September 30, 2025, the County Defendants served additional responsive documents. On October 22, 2025, Plaintiff sent a further meet-and-confer correspondence to the County Defendants regarding discovery, with a follow up email on November 11, 2025. On December 19, 2025, January 20, 2026, and February 20, 2026, County Defendants produced additional discovery in response to Plaintiff's Request for Production of Documents. On April 7, 2026, and April 9, 2026, counsel for Plaintiff met and conferred with counsel for the County regarding outstanding discovery. On May 13, 2026, and May 14, 2026, counsel for Plaintiff met and conferred again with counsel for the County regarding outstanding discovery. On May 20, 2026, the deposition of Defendant Marcus Treanor, a former Trinity County Sheriff's Office Correctional Officer was taken by Plaintiff's counsel. On May 27, 2026, the deposition of Defendant Ford, a Trinity County Sheriff's Office Sergeant was taken by Plaintiff's counsel. On May 28, 2026, County Defendants produced additional discovery. On May 29, 2026, Dr. Keren Joseph's, the Plaintiff's mother and court-appointed guardian ad litem, was deposed. On June 1, 2026, Plaintiff sent a meet and confer letter to the County and a Request for Production of Documents to Defendant McCarly & Son. On June 9, 2026, and June 10, 2026, Plaintiff met and conferred with County Defendants. On June 11, 2026, both Defendant McCarly & Son and Plaintiff produced additional discovery.

7. There are still outstanding documents and the production of documents in this action is ongoing.

8. As noted above, there are two Federal Rule of Civil Procedure 30(b)(6) depositions, including one that was already conducted on June 16, 2026, and one that will be conducted on June 29, 2026, of Defendants McCarly and Sletten, respectively. And, on May 29, 2026, Plaintiff noticed the deposition of Defendant Connie Cessna-Smith, the former Director of Trinity County Behavioral Health Services (who was acting in that role at the time of the incident that gave rise to this action) for June 25, 2026, but the Parties were informed on June 15, 2026, that her deposition could not be confirmed for that date. The Parties are presently meeting-and-

*S.L. v. County of Trinity, et al.*
Case No. 2:24-cv-01697-JAM-JDP
SECOND STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

5

conferring and attempted to set another deposition for that date, but the other deponents sought for that date were not available either.

9. Counsel also seek to exercise professional courtesies by reasonably accommodating the schedules of the deponents and counsel in setting depositions, which will be numerous in this complex, in-custody death action; this necessarily has required thus far and will require additional time in order to set depositions on dates when the schedules of *all* counsel and the deponents align.

10.    For all of the foregoing reasons, there is good cause to extend the current dates in the operative scheduling order, in order to facilitate a fair opportunity for the Parties to meaningfully explore settlement at the upcoming Settlement Conference prior to expending the resources and time entailed in expert disclosures, and, moreover, in order for the necessary discovery to be completed sufficiently in advance of the expert disclosure deadline.

## **STIPULATION**

Accordingly, the Parties submit they have acted diligently, and good cause exists to modify the current scheduling order. *Mammoth Recreations, Inc.*, 975 F.2d at 609. The Parties respectfully stipulate and request that approximately 130 days be added to the current deadlines, as set forth below:

| Matter | Current Date (ECF No. 47) | Proposed Date |
|---|---|---|
| Expert Disclosures | August 10, 2026 | December 14, 2026 |
| Rebuttal Expert Disclosures | August 24, 2026 | January 11, 2027 |
| Joint Mid-Litigation Statement | September 21, 2026 | February 1, 2027 |
| Fact and Expert Discovery (Cutoff) | October 5, 2026 | February 15, 2027 |
| Dispositive Motion Filing | November 30, 2026 | April 5, 2027 |
| Dispositive Motion Hearing | February 2, 2027 | June 8, 2027 |
| Final Pretrial Conference | March 26, 2027 | August 6, 2027 |
| Jury Trial | May 10, 2027 | September 20, 2027 |

Respectfully Submitted,

DATED: June 23, 2026    LAW OFFICE OF SANJAY S. SCHMIDT
HELM LAW OFFICE, PC

By: */s/ Sanjay S. Schmidt*
    Sanjay S. Schmidt
    Attorneys for Plaintiff

*S.L. v. County of Trinity, et al.*    6
Case No. 2:24-cv-01697-JAM-JDP
SECOND STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

DATED: June 23, 2026          BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Jackson D. Morgus**
    Jackson D. Morgus
    Attorneys for County Defendants


DATED: June 23, 2026          TYSON & MENDES, LLP

By: */s/ Liam Sidebottom**
    Liam Sidebottom
    Attorneys for Defendant McCarly & Son Painting

DATED: June 23, 2026          PATTON TRIAL GROUP

By: */s/ Rayelle Sabo**
    Rayelle D. Sabo
    Attorneys for Defendant Sletten Construction Company

*Counsel has authorized submission of this document on counsel's behalf.

*S.L. v. County of Trinity, et al.*
Case No. 2:24-cv-01697-JAM-JDP
SECOND STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

## <u>ORDER MODIFYING PRETRIAL SCHEDULING ORDER</u>

After review of the parties' stipulation, the Pretrial Scheduling Order is **MODIFIED** as follows:

| Event | New Deadline |
|---|---|
| Discovery Cutoff Date | **12/14/2026** |
| Disclosure of Expert(s) Deadline | **10/23/2026** |
| Supplemental Disclosure Deadline | **11/06/2026** |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Filing Deadline | **02/12/2027** |
| Dispositive Motion Hearing | **04/20/2027, at 01:00 p.m.** |
| Joint Pretrial Statement Filing Deadline | Seven (7) days prior to the final pretrial conference |
| Final pretrial conference | **06/25/2027, at 10:00 a.m.** |
| Jury Trial (7-12 Days) | **08/09/2027, at 9:00 a.m.** |

All other instructions contained in the Pretrial Scheduling Order (ECF No. 32), entered on October 28, 2024, shall remain in effect.

**IT IS SO ORDERED**.

Dated: June 29, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE