**Sanjay S. Schmidt (SBN 247475)**
**Alex Feigen Fasteau (SBN 213044)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
ss@sanjayschmidtlaw.com
aff@sanjayschmidtlaw.com

**T. Kennedy Helm, IV (SBN 282319)**
**HELM LAW OFFICE, PC**
644 40th Street, Suite 305
Oakland, California 94609
T: (510) 350-7517
F: (510) 350-7359
email: kennedy@helmlawoffice.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **S.L.**, a minor, by and through her mother and guardian ad litem, Karen Josephs, individually and as successor in interest to Decedent **ARON LEWANDOWSKI**,<br><br>Plaintiff,<br><br>v.<br><br>**COUNTY OF TRINITY**, a municipal corporation, et al.,<br><br>Defendants. | Case No. 2:24-cv-01697-JAM-JDP<br><br>**STIPULATION AND ORDER FOR PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT** |

Plaintiff S.L., Defendants County Of Trinity, Tim Saxon, Ron Whitman, Joshua Ford, Marcus Treanor, Andrew Robbins, Connie Cessna-Smith, Michael Novak, and Linda Kroner ("County Defendants"), and Defendants Sletten Construction Company and McCarley & Son, Industrial Coatings, Inc., all by and through their undersigned counsel of record (collectively "the Parties"), and subject to the approval of the Court, hereby respectfully stipulate as follows:

### RECITALS

1.     Plaintiffs' counsel has met-and-conferred with counsel for the Defendants and circulated a redlined version of a proposed Third Amended Complaint, naming CHRISTOPHER KIRBY, a COUNTY OF TRINITY Sheriff's Cadet working in the COUNTY OF TRINITY Jail on February 26, 2023, as an additional Defendant, previously named as DOE Defendant 3.

2.     Defendants have agreed to stipulate to the filing of the proposed Third Amended Complaint, in order to streamline the litigation and obviate the need for motion practice.

### STIPULATION

ACCORDINGLY, the Parties hereby respectfully stipulate, pursuant to Federal Rule of Civil Procedure 15(a)(2), that Plaintiff may file the proposed Third Amended Complaint that is attached to this stipulation as **Exhibit 1**. For the Court's convenience and reference, a redlined version is attached as **Exhibit 2**.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully Submitted,

Dated: June 29, 2026          **LAW OFFICE OF SANJAY S. SCHMIDT**
                              **-and-**
                              **HELM LAW OFFICE, PC**

                              */s/ Sanjay S. Schmidt*
                              By: Sanjay S. Schmidt
                              *Attorneys for Plaintiff*

Dated: June 29, 2026          **BURKE, WILLIAM & SORENSEN, LLP**

                              */s/ Jackson D. Morgus\**
                              By: Jackson D. Morgus
                              Gregory Thomas
                              Jackson Morgus

*Attorneys for County Defendants*

Dated: June 29, 2026              **TYSON & MENDES, LLP**

                                  */s/ Liam R. Sidebottom\**
                                  By: Liam R. Sidebottom
                                  *Attorneys for McCarly & Son*

Dated: June 29, 2026              **PATTON TRIAL GROUP**

                                  */s/ Rayelle Sabo\**
                                  By: Rayelle Sabo
                                  *Attorneys for Sletten Construction*

*Counsel has authorized submission of this document on counsel's behalf.

*S.L. v. County of Trinity, et al.*
STIP. & (PROP.) ORD. FOR FILING OF THIRD AMENDED COMPLAINT
Case No. 2:24-cv-01697-JAM-JDP

2

## ORDER

The Court, having read and considered the Parties' stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff shall <u>refile</u> the third amended complaint, attached to the stipulation as "**Exhibit 1**," within five (5) days of this order.

**IT IS SO ORDERED.**

Dated: June 30, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

*S.L. v. County of Trinity, et al.*
STIP. & (PROP.) ORD. FOR FILING OF THIRD AMENDED COMPLAINT
Case No. 2:24-cv-01697-JAM-JDP

3