**Sanjay S. Schmidt (SBN 247475)**
**Alex Feigen Fasteau (SBN 213044)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
ss@sanjayschmidtlaw.com
aff@sanjayschmidtlaw.com

**T. Kennedy Helm, IV (SBN 282319)**
**HELM LAW OFFICE, PC**
644 40th Street, Suite 305
Oakland, California 94609
T: (510) 350-7517
F: (510) 350-7359
email: kennedy@helmlawoffice.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| **S.L.**, a minor, by and through her mother and guardian ad litem, Karen Josephs, individually and as successor in interest to Decedent **ARON LEWANDOWSKI**,<br><br>Plaintiff,<br><br>v.<br><br>**COUNTY OF TRINITY**, a municipal corporation, et al.,<br><br>Defendants. | Case No. 2:24-cv-01697-JAM-JDP<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE IN VIEW OF SETTLEMENT** |

Plaintiff and all Defendants, in view of the full and final settlement of this action, *see* ECF No. 66, and in view of the receipt of the settlement proceeds by Plaintiff, respectfully stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(2), to the dismissal of this entire action, including both the claims brought by Plaintiff against all Defendants and all cross-claims, with prejudice, with each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully Submitted,

Dated: October 19, 2026

**LAW OFFICE OF SANJAY S. SCHMIDT**
**-and-**
**HELM LAW OFFICE, PC**

*/s/ Sanjay S. Schmidt*
By: Sanjay S. Schmidt
*Attorneys for Plaintiff*

Dated: October 19, 2026

**BURKE, WILLIAM & SORENSEN, LLP**

*/s/ Gregory Thomas**
By: Gregory Thomas
Gregory Thomas
Jackson Morgus
*Attorneys for County Defendants*

Dated: October 19, 2026

**TYSON & MENDES, LLP**

*/s/ Liam R. Sidebottom**
By: Liam R. Sidebottom
*Attorneys for McCarly & Son*

Dated: October 19, 2026

**PATTON TRIAL GROUP**

*/s/ Rayelle Sabo**
By: Rayelle Sabo
*Attorneys for Sletten Construction*

*Counsel has authorized submission of this document on counsel's behalf.

**ORDER**

The Court, having read and considered the Parties' stipulation, and good cause appearing therefor, rules as follows:

This entire action is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: October 19, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE